Vetress Coatie, Administrator of Estate of William
Harris, Deceased, Plaintiff-Appellant, v. George
Kidd et al., Defendants-Appellees.

Term No. 58–F–5.

Fourth District.

April 21, 1958.

Released for publication May 7, 1958.

Lansden & Lansden, for plaintiff-appellant; Feirich & Feirich,
John G. Holland, and Spomer & Spomer, for defendants-appellees.
Opinion by JUDGE SCHEINEMAN. Not to be published in full.